FILED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KAREN H. SHELTON
Assistant United States Attorney
California Bar Number:  212842
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8821
    Facsimile: (213) 894-7819

Attorneys for Federal Defendant
United States Drug Enforcement Administration

LODGED
CLERK, U.S. DISTRICT COURT

MAY 1 8 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ___
Send      ___
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY COLEMAN, FELICIA WILLIAMS, and LAFIE BRADFORD, a minor, by and through her Guardian ad Litem FELICIA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>JOANNE M. McVEA, U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION, and DOES 1 to 10,<br><br>Defendants. | No. CV 04-916 RSWL (Ex)<br><br>STIPULATION TO EXTEND TIME FOR FEDERAL DEFENDANT TO FILE ANSWER TO PLAINTIFFS' COMPLAINT, [PROPOSED] ORDER |

DOCKETED ON CM

MAY 2 1 2004

BY                    005

IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, subject to Court approval, that the United States Drug Enforcement Administration (Federal Defendant) may have a four day extension of time from May 10, 2004 to May 14, 2003, to file an answer to the Complaint in the above-captioned action. Federal Defendant's answer is

8

filed concurrently herewith. No prior extension of time has been requested by either party.

Respectfully Submitted,

DATED: 5/14/04

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney
Attorneys for Federal Defendant
United States Drug Enforcement Administration

DATED: _____

SEDIN BEGAKIS & BISH

See attached

MINDY S. BISH
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED: 5-19-04

RONALD S.W. LEW

UNITED STATES DISTRICT JUDGE

2

filed concurrently herewith. No prior extension of time has been requested by either party.

Respectfully Submitted,

DATED: _____

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney
Attorneys for Federal Defendant
United States Drug Enforcement Administration

DATED: 5/14/04

SEDIN BEGAKIS & BISH

MINDY S. BISH
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

DATED: _____

UNITED STATES DISTRICT JUDGE

2