

Mindy S. Bish (169143)
SEDIN BEGAKIS & BISH
500 N. Central Avenue, Suite 740
Glendale, California 91203-1928
Telephone: (818) 246-9002
Facsimile: (818) 551-9786

Attorneys for Plaintiffs

FILED
CLERK, U.S DISTRICT COURT

DEC - 9 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY COLEMAN, FELICIA
WILLIAMS, LAFIE BRADFORD, a
minor, by and through her
Guardian ad Litem FELICIA
WILLIAMS,

                    Plaintiffs,

          vs.

JOANNE M. McVEA, U.S.
DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT ADMINISTRATION,
AND DOES 1 to 10, Inclusive,

                    Defendants.

CASE NO.   CV 04-916-RSWL (Ex)

**STIPULATION TO ADD THE UNITED STATES OF AMERICA AS A**

**DEFENDANT IN PLACE OF DOE 1 AND TO DISMISS THE U. S.**

**DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION**

**AS A DEFENDANT;**

**[PROPOSED' ORDER THEREON**

///

///

///

///

///

DOCKETED ON CM

DEC 1 0 2004

BY            009

IT IS HEREBY STIPULATED by plaintiff, Timothy Coleman, Felicia Williams, Lafie Bradford, a minor, by and through her Guardian ad Litem, Felicia Williams and Defendant, U.S. Department of Justice Drug Enforcement Administration, through their respective counsel, to add the United States of America as a Defendant in place of Doe 1 and to dismiss U.S. Department of Justice Drug Enforcement Administration as a defendant.

DATED:  December 9 , 2004

SEDIN BEGAKIS & BISH

MINDY S. BISH
Attorneys for Plaintiffs

DATED:  December ____, 2004

DEBRA W. YANG
United States Attorney
LEON W. WIEDMAN
Assistant United States Attorney
Chief, Civil Division

THOMAS BUCK
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.  The United States of America is hereby added as a defendant in place of Doe 1 and  U.S. Department of Justice Drug Enforcement Administration is hereby dismissed as a defendant.

DATED:  12-9-04

RONALD S.W. LEW

HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED by plaintiff, Timothy Coleman, Felicia Williams, Lafie Bradford, a minor, by and through her Guardian ad Litem, Felicia Williams and Defendant, U.S. Department of Justice Drug Enforcement Administration, through their respective counsel, to add the United States of America as a Defendant in place of Doe 1 and to dismiss U.S. Department of Justice Drug Enforcement Administration as a defendant.

DATED: December _____, 2004         SEDIN BEGAKIS & BISH

                                      _____
                                      MINDY S. BISH
                                      Attorneys for Plaintiffs

DATED: December 7 , 2004              DEBRA W. YANG
                                      United States Attorney
                                      LEON W. WIEDMAN
                                      Assistant United States Attorney
                                      Chief, Civil Division

                                      _____
                                      THOMAS BUCK
                                      Assistant United States Attorney
                                      Attorneys for Defendant

## ORDER

IT IS SO ORDERED. The United States of America is hereby added as a defendant in place of Doe 1 and U.S. Department of Justice Drug Enforcement Administration is hereby dismissed as a defendant.

DATED: _____                 _____
                                      HONORABLE RONALD S. W. LEW
                                      UNITED STATES DISTRICT JUDGE

2