

08/18/05  13:41 FAX 2138047819    US ATTORNEY S OFFICE                    ☐017

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
THOMAS K. BUCK
Assistant United States Attorney
California State Bar No. 70307
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    Facsimile: (213) 894-7819
    Tom.Buck@usdoj.gov

Attorneys for Defendant
United States of America

Priority ✓ Send ___ Clsd ___ Enter ___ JS-5/JS-6 ___ JS-2/JS-3

FILED CLERK, U.S. DISTRICT COURT
JUL 11 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY COLEMAN, FELICIA WILLIAMS, and LAFIE BRADFORD, a minor, by and through her Guardian ad Litem FELICIA WILLIAMS,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

No. CV 04-916 RSWL (Ex)

STIPULATION AND AGREEMENT FOR COMPROMISE SETTLEMENT OF PLAINTIFF COLEMAN'S CLAIMS;

ORDER DISMISSING PLAINTIFF COLEMAN'S CLAIMS

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff TIMOTHY COLEMAN and defendant United States of America, through counsel, that plaintiff Coleman's claims may be settled and compromised, subject to the Court's approval of the minor's compromise as to Lafie Bradford, by and through her Guardian ad Litem, Felicia Williams, on the following terms and conditions:

    1.    Defendant United States of America agrees to pay the sum of nine thousand six hundred seventy dollars ($9670.00), which sum shall be received on behalf of plaintiff Coleman and shall be the full settlement and satisfaction of any

Stim Coleman

DOCKETED ON CM
JUL 11 2005
BY ___ 009

and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the matters alleged in plaintiffs' Complaint herein that plaintiff Coleman or his agents, servants, employees or assigns, and each and any of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

2.     Plaintiff Coleman, for herself and agents, servants, employees and assigns, hereby releases the United States of America and agrees to accept the sum of nine thousand six hundred seventy dollars ($9670.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the matters alleged in plaintiffs' Complaint herein that plaintiff Coleman, his agents, servants, employees or assigns may have or hereafter acquire against the United States of America, its agents, servants and employees.

3.     In addition, and notwithstanding anything to the contrary herein, plaintiff Coleman, for himself and his agents, servants, employees and assigns, explicitly releases any and all claims against the United States of America, its agents, servants and employees that plaintiff Coleman, his servants, employees and assigns do not know or suspect to exist in his or their favor at the time his attorney or guardian ad litem executes this stipulation and general release, and which would have materially affected this settlement if such claim or claims had been known.

4.     Plaintiff Coleman, for himself and his agents, servants, employees or assigns, further agrees to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff Coleman or his agents, servants, employees or assigns against any third party or against the United States, arising from the matters alleged in plaintiffs' Complaint herein.

Tbmr-Coleman                                         2

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by plaintiff Coleman and the United States for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6. It is also agreed by and between plaintiff Coleman and the United States that the settlement amount of nine thousand six hundred seventy dollars ($9670.00) for plaintiff Coleman represents the entire amount of the compromise settlement and that plaintiff Coleman and the United States will each bear their own costs, fees, and expenses, and that any attorney's fees owed by plaintiff Coleman will be paid out of the settlement amount and not in addition thereto.

7. It is also understood, by and among the parties, that pursuant to Title 28, United States Code, Section 2678, attorneys fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the nine thousand six hundred seventy dollars ($9670.00) compromise settlement.

8. Payment of the settlement amount will be made by electronic funds transfer to plaintiff's counsel's client trust account or by a check drawn on the Treasury of the United States made payable as follows:

| NAME | AMOUNT |
|------|--------|
| TIMOTHY COLEMAN, and the law firm of SEDIN BEGAKIS & BISH | $9670.00 |

9. In consideration of the payment of sum total of nine thousand six hundred seventy dollars ($9670.00), as set forth above, plaintiff Coleman agrees that all claims of plaintiff Coleman in Case No. CV 04-916 RSWL(Ex) may be dismissed with prejudice and that all parties shall bear their own costs.

10. This written agreement contains all of the agreements between plaintiff Coleman and the United States, and is intended to be and is the final and sole agreement between plaintiff Coleman and the United States. Plaintiff

Coleman and the United States agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this agreement must be in writing, and must be signed and executed by the plaintiff Coleman and the United States.

11.   The undersigned represent that they have reviewed and understand this agreement, and that they are fully authorized to enter into the terms and conditions of this agreement and that they agree to be bound thereby.

DATED: 6-19-05.     TIMOTHY COLEMAN

TIMOTHY COLEMAN
Plaintiff

MINDY BISH
SEDIN BEGAKIS & BISIL
Attorneys for Plaintiff

DATED: July 6 2005.     DEBRA WANG WONG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

THOMAS K. BUCK
Assistant United States Attorney

Attorneys for Defendants
United States of America

Thom\Coleman

4

# ORDER

Pursuant to the foregoing settlement stipulation and agreement between plaintiff Timothy Coleman and defendant the United States of America, IT IS HEREBY ORDERED THAT:

1.  Plaintiff Coleman's claims herein against are dismissed as against all defendants with prejudice;

2.  Plaintiff Coleman and defendant United States shall each bear their own costs of suit.

DATED: _____7-11-05_____.

ROHALD S.W. LEW

UNITED STATES DISTRICT JUDGE

Timor:Coleman

5